# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-60893
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 22, 2020

Lyle W. Cayce
Clerk

ANDREW J. EATON,

       Plaintiff - Appellant

v.

GUIDEONE AMERICA INSURANCE COMPANY,

       Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:18-CV-783

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

Andrew Eaton sued his former employer, GuideOne America Insurance Company, asserting claims for fraud, conversion, breach of contract, and unjust enrichment. The district court granted defendant's motion to dismiss and entered judgment in defendant's favor. Eaton appealed.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

## No. 19-60893

We have carefully reviewed the briefs, record, and applicable law. We affirm the judgment of the district court, essentially for the reasons given by the district court in its November 4, 2019 order.

AFFIRMED.[1]

---

[1] *See Pearson v. GuideOne Am. Ins. Co.*, 806 F. App'x 347 (5th Cir. 2020).